UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA (OPELIKA)

In re:
JAMES WALLACE COE                          CASE NO.   20-80952
                                           CHAPTER    13

                    Debtor(s),    /

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

CREDITOR: Vervent, Inc. Successor in Interest to First Associates Loan Servicing, LLC

CLAIM NO.: 2    CLAIM DATE: 10/8/2020    CLAIM AMOUNT: $8,722.29

OLD ADDRESS FOR PAYMENTS:    2975 Regent Blvd # 100
                             Irving, TX 75063

NEW ADDRESS FOR PAYMENTS:    Lockbox 206536
                             2975 Regent Blvd Ste 100
                             Irving, TX 75063

August 2, 2021                /s/ Loc Dinh
DATE                          Loc Dinh, Authorized Agent for Creditor
                              Vervent, Inc. Successor in Interest to
                              First Associates Loan Servicing, LLC
                              agent for Yamaha Motor Finance Corporation
                              1286 University Avenue #189
                              San Diego, CA 92103-3312
                              Telephone: (619) 692-9254
                              Facsimile: (619) 696-8892
                              Email: loc@garyholtlaw.net

**Please send all future payments to the new address for payments.**